**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| CHAILE STEINBERG, Derivatively on Behalf of Nominal Defendant, MCKESSON CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 2017-0736-SG ) |
| ANDY D. BRYANT, WAYNE A. BUDD, JOHN H. HAMMERGREN, ALTON F. IRBY III, M. CHRISTINE JACOBS, MARIE L. KNOWLES, DAVID M. LAWRENCE, M.D., EDWARD A. MUELLER, LAUREEN SEEGER, and JANE E. SHAW, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| and | ) ) |
| MCKESSON CORPORATION, | ) ) |
| Nominal Defendant. | ) |

## **ORDER**

AND NOW, this 7th day of December, 2017,

WHEREAS, the public complaint in this matter was filed with redactions; and

WHEREAS, two members of the public filed requests to have an unredacted version of the complaint made public; and

WHEREAS, the matter was referred to Master in Chancery Morgan Zurn, who found that continued confidential treatment of the complaint was not warranted under Court of Chancery Rule 5.1; and

WHEREAS, no party has taken exception to the Master's Report; and

WHEREAS, I have reviewed the matter and Report de novo, and reach the same conclusion;

THEREFORE, for the reasons stated in the well-reasoned Master's Report of December 7, 2017, it is ORDERED that the Plaintiff shall file an unredacted copy of the complaint on the public docket by 5:00 p.m., December 8, 2017.

SO ORDERED:


/s/ Sam Glasscock III

Vice Chancellor